#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RADIOLOGIX, INC., et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) Case No. 15-4927-DDC-KGS |
| vs. | ) |
| | ) |
| RADIOLOGY AND NUCLEAR | ) |
| MEDICINE, LLC. | ) |
| | ) |
|     Defendant. | ) |

### MOTION TO COMPEL PRODUCTION OF DOCUMENTS USED TO PREPARE FOR DEPOSITION UNDER RULE 30(b)(6)

Defendant Radiology and Nuclear Medicine, LLC ("RNM") moves this Court for its Order compelling Plaintiffs to produce approximately 62 pages of e-mails used by its corporate representative, Jayne Rarrick, to prepare for her deposition taken August 15, 2018, pursuant to Federal Rule of Civil Procedure 30(b)(6). Ms. Rarrick used the requested documents to refresh her recollection prior to the deposition, and the documents impacted her testimony during the deposition. Therefore, they must be produced under Federal Rule of Evidence 612. In support of this Motion, RNM incorporates its Memorandum in Support, filed contemporaneously herewith.

WHEREFORE, this Court should compel Plaintiffs to produce the documents used by Ms. Rarrick to prepare for her deposition and any other relief as is just and proper.

Respectfully submitted,

SPENCER FANE LLP

<u>s/ Patrick A. McInerney</u>
Michael F. Saunders KS #26583
Blane R. Markley, KS #23262
Kathryn G. Lee, KS #21954
Mark Cole, KS #25349
9401 Indian Creek Parkway
Suite 700, 40 Corporate Woods
Overland Park, KS 66210-0200
Tel: (913) 345-8100
Fax: (913) 345-0736
msaunders@spencerfane.com
bmarkley@spencerfane.com
klee@spencerfane.com
mcole@spencerfane.com

and

Patrick A. McInerney KS #22561
1000 Walnut Street, Ste. 1400
Kansas City, Missouri 64106-2140
Tel: (816) 474-8100
Fax: (816) 474-3216
pmcinerney@spencerfane.com

*Attorneys for Defendant*

2

**CERTIFICATE OF COMPLIANCE WITH D. KAN. R. 37.2**

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) and D. Kan. R. 37.2, the undersigned counsel hereby certifies that he has attempted to confer with opposing counsel in an effort to secure the information and material at issue without Court action.  Counsel has attempted in good faith to converse, confer, compare views, consult, and deliberate as required by D. Kan. R. 37.2.  The specific steps taken by counsel to try to resolve the discovery issues in dispute are described with particularity in the Memorandum filed contemporaneously herewith, and are hereby incorporated by reference as if set forth in this certification.

By: */s/Patrick A. McInerney*

**CERTIFICATE OF SERVICE**

This will certify that the original of the foregoing was served the 17th day of September, 2018, via the Court's electronic filing system, to:

Scott C. Nehrbass
Foulston Siefkin LLP
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210-2000
snehrbass@foulston.com
Counsel for Plaintiffs
Radiologix, Inc., et al.

James M. Armstrong
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
jarmstrong@foulston.com
Counsel for Plaintiffs
Radiologix, Inc., et al.

*s/ Patrick A. McInerney*
Attorney for Defendant